Exhibit B

**BP-S148.055 INMATE REQUEST TO STAFF CDFRM**
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                                **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) Unit Manager Julida | DATE: 1/15/09 |
|---|---|
| FROM: John Linth | REGISTER NO.: 45426-083 |
| WORK ASSIGNMENT: n/a | UNIT: D |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I am a Muslim, and my religion requires that I perform 5 daily prayers in congregation. This is mandatory and not optional. Prisoners in general population in federal prisons across the country are allowed to use a room in the chapel to pray any time they choose. Here we are not provided with a chapel, but there is a multi-purpose room which remains locked and unused most of the day. I request that you allow this room to be opened and used for the performance of my 5 daily prayers in congregation.

(Do not write below this line)

DISPOSITION:

See Response

Signature Staff Member     Date 1/20/09

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

WALKER LINDH, John
Reg. No.: 45426-083
CMU

## Inmate Request to Staff Response

The administration is willing to provide the required time for congregational prayer on Fridays for Jumah Prayer only. Inmates may pray individually in their personal areas, but no additional congregational prayer time(s) shall be provided other than Friday's Jumah Prayer.

WALKER LINDH

Attachment 1
THX-1330.13J

# FEDERAL CORRECTIONAL COMPLEX
# TERRE HAUTE, INDIANA
# INFORMAL RESOLUTION FORM

Inmate Name: John Lindh       Reg. No. 45426-083
Unit: D

**NOTICE TO INMATE:** You are advised normally prior to filing a Request for Administrative Remedy, BP-2999(13), you **must** attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below:

1. **State your complaint:** I am a Muslim, and my religion requires that I perform 5 daily prayers in congregation. This is mandatory and not optional. Prisoners in general population in federal prisons across the country are allowed to use a room in the chapel to pray any time they choose. Here we (see attachment,

(If more space is needed, you may use up to one letter size (8 ½ x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to the BP-229(13) responses.))

2. **State what actions you have made to informally resolve your complaint:** I have written to the unit manager requesting that he resolves this problem.

3. **State what resolution you expect:** I expect to be provided with access to the multi-purpose room to perform my 5 daily prayers in congregation as required by my religion.

Inmate's Signature: John Lindh         Date: 1/22/09

**Correctional Counselor's Comments (Steps to Resolve):** See attached response

Counselor' Signature: A Tuttine       Date: 1-23-09
Unit Manager's Review: SR            Date: 1/23/09
Informally Resolved: _____          Date: _____

RECEIVED FEB 1 2 2009 FCC TERRE HAUTE

|  | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED |
|---|---|---|---|---|
| DATE | 1-22-09 | 01-23-09 | 1-26-09 | 1-28-09 |
| TIME | 1:00 pm | 12:15 pm | 1200 | 1200 |
| COUNSELOR | A Tuttine | A Tuttine | A Tuttine | A Tuttine |

Attachment:

(continued from page 1) are not provided with a chapel, but there is a multi-purpose room which remains locked and unused most of the day. I request that I be allowed to use this room for the performance of my 5 daily prayers in congregation as required by my religion.


RECEIVED FEB 12 2003 FCC TERRE HAUTE

WALKER LINDH, John
Reg. No.: 45426-083
CMU

## Informal Resolution Response

This is in response to your Request for Informal Resolution, received on January 23, 2009, wherein you request to be allowed group prayer five (5) times a day.

Per Program Statement 5360.09, Religious Beliefs and Practices, "Authorized congregate services will be made available for all inmates weekly."

The administration is willing to provide the required time for congregational prayer on Fridays for Jumah Prayer only. Inmates may pray individually in their personal areas, but no additional congregational prayer time(s) shall be provided other than Friday's Jumah Prayer.



RECEIVED
FEB 12 2009
CC TERRE HAUTE

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| Lindh, John P.W. | 45426-083 | D | FCI Terre Haute |
|---|---|---|---|
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

### Part A- INMATE REQUEST

I am a Muslim, and my religion requires that I perform 5 daily prayers in congregation. This is mandatory and not optional. Prisoners in general population in federal prisons across the country are allowed to use a room in the chapel to pray any time they choose. Here we are not provided with a chapel, but there is a multi-purpose room which remains locked and unused most of the day. I request that I be allowed to use this room for the performance of my 5 daily prayers in congregation as required by my religion. If the prison administration can allow me to perform Jumah prayer in congregation which is mandatory, it can also allow me to perform my 5 daily prayers in congregation.

1/28/09
DATE      SIGNATURE OF REQUESTER

### Part B- RESPONSE

DATE      WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

CASE NUMBER: _____

SECOND COPY: RETURN TO INMATE

CASE NUMBER: _____

### Part C- RECEIPT

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE      RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

Remedy No.: 526006-F1  FCC Terre Haute, IN

## PART B - RESPONSE

This is in response to your Administrative Remedy receipted on February 12, 2009, in which you request to have additional congregational prayer five (5) times a day in the Communication Management Unit (CMU).

A review of your request indicates the administration provides the required time for congregational prayer on Fridays for Jumah Prayer only. According to Program Statement 5360.09, <u>Religious Beliefs and Practices</u>, "Authorized congregate services will be made available for all inmates weekly."

Inmates may pray individually in their personal area, but no additional congregational prayer time(s) shall be provided other than Friday Jumah Prayer.

Therefore, your request for Administrative Remedy is denied.

If you are dissatisfied with this response, you may appeal to the Regional Director, Federal Bureau of Prisons, Gateway Complex, Tower II, 8th Floor, 4th & State Ave., Kansas City, Kansas 66101. Your appeal must be received within 20 calendar days of the date of this response.

2-20-09
Date

B. R. Jett, Warden

Department of Justice  
Federal Bureau of Prisons

# Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Lindh, John P.W.    REG. NO. 45426-083    UNIT: D-33    INSTITUTION: FCI Terre Haute
LAST NAME, FIRST, MIDDLE INITIAL

## Part A - REASON FOR APPEAL

I am a Muslim, and my religion requires that I perform 5 daily prayers in congregation. This is mandatory and not optional. Prisoners in general population in federal prisons across the country are allowed to use a room in the chapel to pray any time they choose. Here we are not provided with a chapel, but there is a multi-purpose room which remains locked and unused most of the day. I request that I be allowed to use this room for the performance of my 5 daily prayers in congregation as required by my religion. If the prison administration can allow me to perform Jumah prayer in congregation, it can also allow me to perform 5 daily prayers in congregation.

DATE: 2/25/09    SIGNATURE OF REQUESTER: [signed]

## Part B - RESPONSE

DATE    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE    CASE NUMBER: _____

## Part C - RECEIPT

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN    BP-230(13)  
JUNE 2002

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number: 526006-R1**

This is in response to your Regional Administrative Remedy Appeal received in this office on March 6, 2009, in which you allege you are not allowed to participate in five daily congregate prayers. Specifically, you allege there is a multi-purpose room on the Communications Management Unit (CMU) unused most of the day which could be used for the five daily congregate prayers. You are requesting the use of the multi-purpose room to accommodate your five daily congregate prayers.

We have reviewed your appeal and the response the Warden provided to your BP-229. You were advised Program Statement 5360.09, Religious Beliefs and Practices, allows for congregate services for all inmates once a week. Therefore, you are allowed to participate in congregate prayer during Friday Jumah Prayer services. All other required daily prayers should be accommodated individually in your cell.

Based on the above information, your Regional Administrative Remedy Appeal is denied.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

3/20/09
Date

Michael K. Nalley, Regional Director

Department of Justice | Central Office Administrative Remedy Appeal
Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Lindh, John P. W.    45426-083    D    FCI Terre Haute
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A - REASON FOR APPEAL  I am a Muslim, and my religion requires that I perform 5 daily prayers in congregation. This is mandatory and not optional. Prisoners in general population in federal prisons across the country are allowed to use a room in the chapel to pray any time they choose. Here we are not provided with a chapel, but there is a multi-purpose room which remains locked and unused most of the day. I request that I be allowed to use this room for the performance of my 5 daily prayers in congregation as required by my religion. If the prison administration can allow me to perform Jumu'ah prayer in congregation, it can also allow me to perform my 5 daily prayers in congregation.

4/3/09
DATE          SIGNATURE OF REQUESTER

Part B - RESPONSE

**RECEIVED**

APR 1 5 2009

Administrative Remedy Section
Federal Bureau of Prisons


**RECEIVED**

MAY 1 2 2009

Administrative Remedy Section
Federal Bureau of Prisons

_____     _____
DATE                            GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE      CASE NUMBER: 526006-A2
_____

Part C - RECEIPT

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____     _____
DATE              SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

Administrative Remedy No. 526006-A2
Part B - Response

This is in response to your Central Office Administrative Remedy Appeal in which you request to participate in five daily congregate prayers. You state there is a multi-purpose room in the Communications Management Unit unused most of the day which could be used for the five daily congregate prayers. You request use of the multi-purpose room to accommodate your five daily congregate prayers.

Our review reveals that the Warden and Regional Director adequately responded to the issues you raised in your appeal. P.S. 5360.09, Religious Beliefs and Practices, states the Bureau of Prisons provides inmates of all faith groups with reasonable and equitable opportunities to pursue religious beliefs and practices, consistent with the security and orderly running of the institution and the Bureau of Prisons. Congregate prayer is not allowed for any faith group due to security concerns. You are allowed to participate in congregate prayer during the Friday Jumah Prayer services. Inmates are permitted to conduct religious prayer in their assigned cell anytime each day as long as they are not disrupting their unit.

Staff are working diligently to ensure your ability to adhere to the tenets of your faith are upheld and facilitated to the maximum extent possible, and in a manner consistent with P.S. 5360.09, Religious Beliefs and Practices, and institution safety and security.

Therefore, we concur with the responses provided. Accordingly, your appeal is denied.

July 28, 2009
Date

Harrell Watts, Administrator
National Inmate Appeals