# Exhibit 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ENAAM ARNAOUT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 2:09-CV-00215 LJM-WGH |
| ) | |
| WARDEN, FEDERAL CORRECTIONAL ) | |
| INSTITUTION, TERRE HAUTE, ) | |
| INDIANA, ) | |
| ) | |
| Defendant. ) | |

**Declaration of Randall T. Royer**

Comes now Randall T. Royer, being duly sworn upon his oath, and says that:

1. I am an adult person who is currently confined to the Administrative Maximum facility within the Florence Federal Correctional Complex in Florence, Colorado.

2. From December of 2006 until October of 2009 I was confined to the Communications Management Unit ("CMU") at the Federal Correctional Institution in Terre Haute, Indiana.

3. I am Muslim.

4. I was among the first group of prisoners who were moved to the CMU in December of 2006.

5. From December of 2006 until June of 2007, Muslim prisoners in the CMU were allowed to pray together for daily prayers that occurred during the periods of time that prisoners were generally allowed out of their cells.

6. This ended in June of 2007 after an incident where a lockdown was announced during one of the daily prayers. The prisoner leading the prayers, and many of those praying did not

hear the announcement as they were at the front of the multi-purpose room where there was a fan that was very noisy. Therefore, prisoners did not immediately lock up.

### Verification

I verify, under the penalties for perjury, that the foregoing representations are true.

Executed on: June 14, 2010
(date)

Randall T. Royer

Prepared by:

Kenneth J. Falk
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202