UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOHN LINDH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:09-cv-215 JMS-MJD |
| | ) |
| WARDEN, FEDERAL CORRECTIONAL | ) |
| INSTITUTION, TERRE HAUTE, | ) |
| INDIANA, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

**To:    The Clerk of Court**

You are hereby ordered to issue a *Writ of Habeas Corpus ad Testificandum* to the Warden of the United States Penitentiary - Administrative Maximum Facility in Florence, Colorado, to produce Randall Royer, No. 46812-083, for the purpose of giving testimony at trial in this Court on August 27, 2012 at 11:00 a.m. (Indiana time).  In lieu of producing the witness in this Court, the Warden shall have the discretion to make the witness available to testify via closed-circuit television or similar device.

In the event that the witness is moved to another institution operated by the Federal Bureau of Prisons prior to the trial of this case, this Order shall be binding on the Warden of such institution and the Writ shall so indicate.

The location of the trial of this case has not yet been determined.  Counsel for plaintiff is ordered to notify the Warden of the institution where the witness is held, by letter, with a copy to defendant's counsel, as to the location of the trial when it is determined in the event that the Warden elects to transport the witness to trial.

_____                                    _____
Date                                              Judge, United States District Court


cc:

Kenneth J. Falk
ACLU of Indiana
kfalk@aclu-in.org

Gavin M. Rose
ACLU of Indiana
grose@aclu-in.org

Thomas E. Kieper
Assistant United States Attorney
tom.kieper@usdoj.gov

William L. McCloskey
Assistant United States Attorney
William.mccoskey@usdoj.gov