UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOHN LINDH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 2:09-cv-215 JMS-MJD |
| | ) |
| WARDEN, FEDERAL CORRECTIONAL | ) |
| INSTITUTION, TERRE HAUTE, | ) |
| INDIANA, | ) |
| | ) |
| Defendant. | ) |

**Writ of Habeas Corpus Ad Testificandum**

**To:**   **Warden, United States Prison**
**USP Florence Admax**
**U.S. Penitentiary**
**PO Box 8500**
**Florence, CO  81266**

You are hereby commanded to produce Randall Royer, No. 46812-083, who is in your custody, in this Court to give testimony in this case on August 27, 2012, at 11:00 a.m. (Indiana time) and at such times thereafter as is necessary to complete the trial of this case.

You may, however, elect to have Randall Royer testify via closed-circuit television, or similar device, and in such case you shall make the necessary arrangements so that he is available to testify on August 27, 2012 through such device.

This Writ shall be binding on any Warden of a Federal Bureau of Prisons facility in the event that the witness is transferred to that facility prior to the trial date in this cause.

Dated:  May 3, 2012

*CLERK OF COURT, Laura A. Briggs*

BY: _____
*Deputy Clerk*