UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOHN LINDH,<br>    *Plaintiff*,<br><br>    *vs*.<br><br>WARDEN, Federal Correctional Institution, Terre Haute, Indiana,<br>    *Defendant*. | 2:09-cv-00215-JMS-MJD |

## FINAL JUDGMENT AND PERMANENT INJUNCTION

The Court having this day issued its findings of fact and conclusions of law, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. The Warden has violated Mr. Lindh's rights under the RFRA by denying him, the ability to engage in daily congregate prayer during all times that the prisoners are otherwise released from their cells and a declaratory judgment, pursuant to 28 U.S.C. § 2201 and Rule 57 of the Federal Rules of Civil Procedure is hereby entered to that effect.

2. A permanent injunction shall issue prohibiting the Warden from enforcing the policy against daily congregate prayer for Muslims, including Mr. Lindh, for whom daily congregate prayer is a sincerely held religious belief. This injunction shall not be construed so as to prohibit less restrictive measures intended by the Warden to promote safety and security in the Federal Correctional Institution, Terre Haute, Indiana.

So ordered.

01/11/2013

*[signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to counsel of record**