UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOHN LINDH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:09-cv-00215 JMS-MJD |
| ) | |
| WARDEN, FEDERAL CORRECTIONAL ) | |
| INSTITUTION, TERRE HAUTE, ) | |
| INDIANA, ) | |
| ) | |
| Defendant. ) | |

**Stipulation to Settle Plaintiff's Claim for Attorneys' Fees and Costs**

Come now the parties, by their counsel, and say that:

1. Plaintiff has filed a petition for attorneys' fees and costs in this matter.

2. Based upon the supporting documentation submitted by the Plaintiff in support of his Petition for attorney fees and costs, including the itemized time records, the parties have discussed this matter and agree and stipulate that payment of $160,607.52 should be paid to fully resolve Plaintiff's claim for fees and costs. (ECF No. 204).

3. The Parties agree that payment of $160,607.52 is supported by the facts and the law, and respectfully request that the Court approve the payment of $160,607.52 in full satisfaction of Plaintiff's claim for fees and costs requested in his petition.

WHEREFORE, the parties stipulate and agree that defendant shall pay the sum of $160,607.52 in full satisfaction of any and all attorneys' fees and cost that could be claimed by plaintiff up to, and including, the date of the fee petition in this case, March 26, 2013.

For the plaintiff:

        /s/ Kenneth J. Falk
        Kenneth J. Falk
        Gavin M. Rose
        ACLU of Indiana
        1031 E. Washington St.
        Indianapolis, IN 46202
        317/635-4059
        fax: 317/635-4105
        kfalk@aclu-in.org
        grose@aclu-in.org

For the defendant:

        /s/ Thomas E. Kieper (w/permission)
        Thomas E. Kieper
        William L. McCoskey
        Assistant United States Attorneys
        Office of the United States Attorney
        10 W. Market St.
        Indianapolis, IN 46204
        317/232-6333
        fax: 317/226-5027
        tom.kieper@usdoj.gov
        william.mccoksey@usdoj.gov