UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOHN LINDH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:09-cv-00215 JMS-MJD |
| | ) |
| WARDEN, FEDERAL CORRECTIONAL INSTITUTION, TERRE HAUTE, INDIANA, | ) ) ) |
| | ) |
| Defendant. | ) |

**ORDER**

The parties having filed their Stipulation to Settle Plaintiff's Claim for Attorneys' Fees and Costs Following Order of July 19, 2013, and the Court having read the Stipulation and being duly advised finds that it should be approved, and,

IT IS THEREFORE ORDERED that the Stipulation is APPROVED and the Court ORDERS the Attorney Fees and Costs in the amount of $8,200.00 be paid by the Defendant in full satisfaction of the plaintiff's claims, and,

IT IS FURTHER ORDERED that plaintiff's Petition for Attorney's Fees and Costs Following Order of July 19, 2013 (ECF No. 228) is therefore **denied** as moot.

 08/07/2013
Date

cc:

Kenneth J. Falk
ACLU of Indiana
kfalk@aclu-in.org

Gavin M. Rose
ACLU of Indiana

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

grose@aclu-in.org

Thomas Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

William L. McCoskey
UNITED STATES ATTORNEY'S OFFICE
william.mccoskey@usdoj.gov